# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROYCE BROWN, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-212-WDS |
| B. A. BLEDSOE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Plaintiff's motion for a temporary stay (Doc. 5). Plaintiff sought a temporary stay because he was being moved around to several different prisons and, apparently, unable to keep up with the litigation of his case. Plaintiff recently filed a notice stating that he now confined at the United States Penitentiary located in Inez, Kentucky (USP-Big Sandy). Because Plaintiff is no longer in transit, his motion for a temporary stay (Doc. 5) is **DENIED,** as moot.

**IT IS SO ORDERED**.

**DATED: March 6, 2008.**

                                                **s/ WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**