# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROYCE BROWN, SR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-212-WDS ) |
| B. A. BLEDSOE, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

On January 25, 2008, Plaintiff filed a Notice (Doc. 7) informing the Court that his new address is the USP-Big Sandy located in Inez, Kentucky. The Notice was accompanied by a package containing a pair of white tennis shoes.

On March 10, 2008, the Court entered an Order (Doc. 9) directing Plaintiff to provide it with the name and address of the a person to whom the tennis shoes should be sent for safekeeping. Alternatively, the Court directed that if Plaintiff failed to provide it with the requested information, then the Clerk of Court was directed to return the shoes to Plaintiff at his prison address. The Order warned Plaintiff that if the shoes were returned to him at his prison address, the prison staff may decide to confiscate them as prohibited items.

On March 31, 2008, Plaintiff filed a response (Doc. 10) to the Court's Order. In his response, Plaintiff again asks the Court to "hold" the shoes for him. Alternatively, if the Court is unable to retain the shoes, then Plaintiff requests that the Court "in as much detail as possible to formally identify the evidence for the record (i.e., shoe type, size, color and or any identifying

marks)" before returning the shoes to Plaintiff.

The Court declines Plaintiff's invitation "to formally identify the evidence for the record."[1] The Court notes only that the tennis shoes are white and bear the words "Converse All Star."

Accordingly, the Clerk of Court is **DIRECTED** to return the tennis shoes to Plaintiff at his prison address.

**IT IS SO ORDERED**.

**DATED: MAY 12, 2008.**

                                              **s/ WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**

---

[1] Beyond the issue of making the Court a "witness" as to how the shoes appeared, there is the practical problem of trying to decide what constitutes an "identifying mark." Furthermore, while there is a label that - in the normal course of everyday life - could be taken as indicating the shoe size, there is nothing clearly marked as indicating "size."