IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROYCE E. BROWN, SR.,

     Plaintiff,

v.

B.A. BLEDSOE, et al.,

     Defendants.                  Case No. 07-cv-212-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on the Report and Recommendations ("R&R") issued pursuant to **28 U.S.C. § 636(b)(1)(B)** by United States Magistrate Judge Frazier (Doc. 65). The R & R's conclusion, based on the Magistrate Judge's review of the record and the applicable law, is that Plaintiff has failed to exhaust his administrative remedies and that the Defendants' Motion to Dismiss (Doc. 41) should therefore be granted.[1]

The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service. The time period in which to file an objection has lapsed. Neither party has filed any objection. Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a *de novo*

---

[1] The R&R found a *Pavey* hearing unnecessary as there were no material facts in dispute.

Page 1 of 2

review.  ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.  Accordingly, the Court

**ADOPTS** the R&R in its entirety and **GRANTS** Defendants' Motion to Dismiss (Doc.

41).  Accordingly, the Court finds that all of Plaintiff's claims against all remaining

Defendants in this case should be **DISMISSED WITHOUT PREJUDICE**, as set forth

in the R&R.

**IT IS SO ORDERED.**

Signed this 22nd day of January, 2010

/s/  David R Herndon

**Chief Judge**
**United States District Court**