**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ROYCE E. BROWN, SR.,**

    **Plaintiff,**

**v.**

**B.A. BLEDSOE, et al.,**

    **Defendants.**               **Case No. 07-cv-212-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

        On January 22, 2010, the Court issued an Order (Doc. 66) adopting the Report & Recommendations ("R&R") dismissing Plaintiff's suit.  Objections to the R&R were noted on the docket as being due on January 15, 2010 (*see* Doc. 65). Plaintiff's Objections were entered on the docket thereafter on January 25, 2010, showing a filing date of January 22, 2010 (Doc. 67).  Because Plaintiff is an inmate proceeding *pro se*, he must mail his pleadings to the Clerk for e-filing.  Thus, because his Objections were received by the Clerk's office on January 22, 2010, they are deemed filed as of the date of receipt.  However, under the prisoner "mailbox rule," *pro se* filings are deemed "filed" at the moment of delivery of his pleadings to prison  authorities for mailing.  ***See Edwards v. United States*, 266 F.3d 756, 757-58 (7th Cir. 2001) (citing *Houston v. Lack*, 487 U.S. 266 (1988))**.

Accordingly, Plaintiff's Objections to the R&R (Doc. 67) are deemed as timely filed.  As such, the Court's January 22, 2010 Order (Doc. 66) adopting the R&R is hereby **VACATED** so that the Court may consider Plaintiff's objections. Additionally, pursuant to **SDIL-LR 73.1(b)**, Defendants have 14 days from being served with Plaintiff's Objections to file their Response thereto, but the Court will allow Defendants to file Response within 14 days from the date of this Order, considering they likely were unsure whether the Objections were valid due to the Court's January 22, 2010 Order.

**IT IS SO ORDERED.**

Signed this 27th day of January, 2010

/s/    David R Herndon
**Chief Judge**
**United States District Court**

Page 2 of 2